**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR - 3 2018

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 4:18-CR- 00206 JM |
| ) | |
| v. ) | Violations: |
| ) | 18 U.S.C. § 922(g)(1) |
| ANDREW HUETT ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

A.  Prior to December 29, 2017, in the Eastern District of Arkansas, defendant,

**ANDREW HUETT,**

had previously been convicted as follows:

(1)  Docket Number CR10-320, in the Circuit Court of Lonoke County, Arkansas, of Theft by Receiving and Aggravated Assault;

(2)  Docket Number CR2007-1934, in the Circuit Court of Faulkner County, Arkansas, of Theft by Receiving; and

(3)  Docket Number CR2006-138, in the Circuit Court of Faulkner County, Arkansas, of Possession of Firearms by Certain Person.

B.  That each of the crimes set forth in paragraph A was punishable by a term of imprisonment exceeding one year.

C.  That on December 29, 2017, in the Eastern District of Arkansas, defendant,

**ANDREW HUETT,**

did knowingly possess, in and affecting commerce, one Remington 870 12-gauge shotgun, bearing serial number AB530752M.

All in violation of Title 18, United States Code, Section 922(g)(1).