# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                       NO. 4:18cr00206-01 JM

ANDREW HUETT                                                                             DEFENDANT

## ORDER

The Defendant's Motion for Detention Hearing (DE# 21) is hereby referred to United States Magistrate Judge Jerome T. Kearney, who the duty Magistrate Judge this month.

IT IS SO ORDERED this 10th day of August, 2018.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE