UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED
NOV - 7 2019
JAMES W. McCORMACK, CLERK
By: _____ DEPUTY CLERK
IN OPEN COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 4:18CR00206 JM |
| ) | |
| v. ) | 18 U.S.C. § 922(g)(1) |
| ) | |
| ANDREW HUETT ) | |

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

A.  On or about December 29, 2017, the defendant,

ANDREW HUETT,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1.  Theft by Receiving and Aggravated Assault, in Lonoke County, Arkansas, Circuit Court in Case Number CR-10-320;

2.  Theft by Receiving, in Faulkner County, Arkansas, Circuit Court in Case Number CR-07-1934

3.  Possession of Firearms by Certain Persons, in Faulkner County, Arkansas, Circuit Court in Case Number CR-06-138

B.  On or about December 29, 2017, in the Eastern District of Arkansas, the defendant,

ANDREW HUETT,

knowingly possessed, in and affecting commerce, a firearm, that is: a Remington 870, 12 gauge shotgun, bearing serial number AB530752M, in violation of Title 18, United States Code, Section 922(g)(1).

CODY HILAND
United States Attorney

*Joan Shipley*
JOAN SHIPLEY
Bar No. 2005139
Assistant United States Attorney
P. O. Box 1229
Little Rock, Arkansas 72203
501-340-2600
Joan.shipley@usdoj.gov

2