IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | Judge: | James M. Moody, Jr. |
| Counsel: AUSA Joan Shipley | Reporter: | Karen Dellinger |
| | CRD: | Kacie Glenn |
| v.                    CASE NO. **4:18-CR-00206-01 JM** | Date: | November 7, 2019 |
| **ANDREW HUETT** | | |
| Counsel: AFPD Latrece Gray | | |

### MINUTES - FELONY WAIVER & PLEA TO SUPERSEDING INFORMATION

BEGIN: __9:30__ A.M. or _____ P.M.

☒ Court convenes for hearing;

☒ Defendant present with counsel; defendant sworn;

☒ Court inquires of defendant regarding understanding of proceedings;

☒ Court inquires of counsel regarding defendant's competency to proceed;

☒ Court inquires of defendant regarding understanding of right to be indicted by a Grand Jury;

☒ Defendant waives right to indictment, which the Court finds is voluntary;

☒ Defendant signs Waiver of Indictment in open court;

☒ Waiver of Indictment filed; ☒ SS Information filed; ☒ AUSA reads SS Information in open court;

☒ Court inquires of defendant regarding understanding of consequences of entering guilty plea;

☒ Government states proof for trial;

☒ Defendant pleads guilty to Count(s) __1__ of SS Information; plea accepted by the Court;

☒ Indictment dismissed on motion of government as to this defendant;

☒ Sentencing date to be set upon completion of presentence report;

☐ Defendant released on O/R bond;
☐ Defendant to remain on current conditions of bond pending sentencing;
☒ Defendant remanded to custody of U.S. Marshal pending sentencing.

☒ Other: (No plea agreement) _____.

END: __9:50__ A.M. or _____ P.M.